**2014–0328.  In re Application of Duke Energy Ohio, Inc.**
Public Utilities Commission, Nos. 12–1685–GA–AIR, 12–1686–GA–ATA, 12–1687–GA–ALT, and 12–1688–GA–AAM. Reported at 150 Ohio St.3d 437, 2017-Ohio-5536, 82 N.E.3d 1148. On motion for reconsideration. Motion denied.

O'DONNELL and KENNEDY, JJ., dissent.

**2016–1802.  BankUnited v. Klug.**
Lorain App. No. 16CA010923, 2016-Ohio-5769. Reported at 150 Ohio St.3d 1408, 2017-Ohio-6964, 78 N.E.3d 908. On motion for reconsideration. Motion denied.

**2016–1883.  Chase Home Fin., L.L.C. v. Gau.**
Ashtabula App. No. 2015–A–0048, 2016-Ohio-7646. Reported at 150 Ohio St.3d 1409, 2017-Ohio-6964, 78 N.E.3d 909. On motion for reconsideration. Motion denied.

**2017–0479.  JPMorgan Chase Bank, N.A. v. Liggins.**
Franklin App. No. 15AP–242, 2016-Ohio-3528. Reported at 150 Ohio St.3d 1410, 2017-Ohio-6964, 78 N.E.3d 910. On motion for reconsideration. Motion denied.

FRENCH, J., not participating.

**2017–0626.  State ex rel. Hillman v. Franklin Cty. Appellate Court Judges.**
In Prohibition. Reported at 150 Ohio St.3d 1404, 2017-Ohio-6964, 78 N.E.3d 906. On motion for reconsideration. Motion denied. On motions to supplement, for judicial notice, to reinstate, and to supplement pursuant to Civ.R. 15(E). Motions denied as moot.

*September 27, 2017*

2017-Ohio-7867.]

**2017–1341.  First Natl. Community Bank v. Garretson Firm Resolution Group.**
Hamilton App. No. C–160745, 2017-Ohio-7582. On appellant's emergency motion for stay. Motion denied.

O'CONNOR, C.J., and FRENCH, O'NEILL, and DEWINE, JJ., concur.

O'DONNELL, J., dissents and would grant the motion for stay upon a $5,233,841.79 bond posted in this court.

KENNEDY and FISCHER, JJ., not participating.